UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of CARL JOHAN ELIASCH and SHERWAY GROUP LIMITED

Case No. 16 MISC 005

[~~PROPOSED~~] ORDER GRANTING LEAVE TO TAKE EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

This matter comes before the Court on the *ex parte* Application by applicants Carl Johan Eliasch and the Sherway Group Limited for leave to take evidence for use in a foreign proceeding pursuant to 28 U.S.C. § 1782. For the reasons stated in the Application, the Memorandum of Law in Support of the Application, and for good cause, this Court grants the Application and allows the issuance of the proposed subpoenas, attached to the Application. This Court also grants leave to the Applicants to issue a subpoena against JPMorgan Chase & Co. to produce for a deposition the officer, director, or managing agent most knowledgeable about the account identified in the attached JPMorgan Chase & Co. subpoena in the event that it becomes relevant to do so based on the documents and communications produced or not produced under the attached subpoena.

IT IS SO ORDERED:

Dated: Jan. 7, 2016

By: _____ Part I
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/16